*Exhibit A*

21-0007276



TABLE OF CONTENTS

AFTER LETTER OF COMPLAINT, FORM 1,997 CIVIL COVER SHEET, & INDIGENT STATUS

**25**

(1) EQUAL ECONOMIC OPPURTUNITY RIGHT TO SUE LETTER PUBLIX SUPER MARKETS GROCERY STORE. REASON: DISABILITY, RETALIATION

(2) CHIEF FINANCIAL OFFICER JIMMY PATRONIS OF FLORIDA DEPARTMENT OF FINANCIAL SERVICES OFFICIAL LETTER OF EMPLOYEE ASSISTANCE LETTER

(3) PUBLIX SUPER MARKETS INC, GROCERY STORE ADDRESS & EMPLOYEE WORK HISTORY, WAGES/PLAINTIFF EMPLOYEE INFORMATION. PLAINTIFF HAS WORKED FOR PUBLIX ON AND OFF SINCE 2012 WITH PERFECT JOB PERFORMANCE.

(4) PUBLIX SUPER MARKETS INC, GROCERY STORE EMPLOYEE/PLAINTIFF HISTORICAL PAY PERIOD SUMMARY

(5) BOARD OF COUNTY COMMISSIONERS, BROWARD COUNTY, FLORIDA HUMAN SERVICES DEPARTMENT FAMILY SUCCESS ADMINISTRATION DIVISION INCOME VERIFICATION. DUE DILIGENCE DONE BECAUSE THE PANDEMIC WAS INCREASING.

(6) DATE: 07/31/2020 HIGHWAY SAFETY & MOTOR VEHICLES, TRAFFIC CRASH RECORDS NEIL KIRKMAN BUILDING, TALLAHASSEE, FL 32399. PLAINTIFF WAS RAN OVER BY A CAR WHILE EXERCISING ON HER BICYCLE.

(7) 08/05/2020 CYPRESS CREEK MRI RESULTS

(8) 11/02/2020 THE SURGEONS OF INTERVENTIONAL PAIN PROFESSIONALS OF FLORIDA, LAKE WORTH SURGICAL CENTER OPERATIVE REPORT

(9) PUBLIX SUPER MARKETS MEDICAL CERTIFICATION FORM FOR LEAVE OF ABSENCE FROM SR. COMPENSATION ANALYST SUSAN HOLLERBACH. PLAINTIFF AND TUITION REIMBURSEMENT FOLLOWED CORPORATES INSTUCTIONS AND GAVE FMLA PAPERWORK TO ASSISTANT MANAGER JOSH WITH SURGEON DR. ROBERT DOIDGE WORK NOTE.

(10) CASE REFERENCE # 2746603 RECORDED PUBLIX ETHICS LINE PHONE CALL OF PATRICIA BAILEY INJURING ME AND IT BEING DONE IN FRONT OF SENIOR MANAGER WHO DISABILITY RETALIATED AGAINST ME AND WRONFULLY TERMINATED ME

(11) HARTFORD INSURANCE CLAIMS HANDELING ENTITY HARTFORD C/O PUBLIX SUPERMARKETS, INC RISK MANAGEMENT DEPARTMENT FIRST REPORT OF INJURY OCCURRING AT PUBLIX 09/07/2020 PUBIX REPORTS "PLAINTIFF ADVISED THAT GEANESE "PATRICIA BAILY", ADM CONTINUOUSLY MAKES UNWANTED PHYSICAL CONTACT WITH HER. MOST RECENTLY PLAINTIFF STATES THAT GENESE GRABBED HER ARM, SHOOK HER, AND PULLED HER". FIRST REPORT OF INJURY FROM

CIRCUIT CIVIL 2021 APR 12 PM 2:02

FLORIDA DEPARTMENT OF WORKERS COMPENSATION AND PUBLIX SUPERMARKETS, IM RISK
MANANGEMENT, AND IN STORE MANAGEMENT.

(12) EQUAL EMPLOMENT RIGHT TO SUE LETTER FOR DISABILITY RETALIATION

(13) U.S DEPARTMENT OF LABOR OFFICE OF FEDERAL CONTRACT COMPLIANCE PROGRAMS
COMPLAINT LETTER AND MEMORANDUM FROM ASSISTANT DISTRICT DIRECTOR/REGIONAL
COMPLIANTS LIASON AND LYDIA PEURIFOY OF U.S DEPARTMENT OF LABOR OFFICE OF FEDERAL
CONTRACT COMPLIANCE PROGRAMS. ONCE A COMPLAINT IS FILED WITH EQUAL EEMPLOYMENT
OPPURTUNITY COMMISSION IT IS A DUPICATION OF GOVERNEMENT RESOURCES TO
INVESTIGATE COMPLAINT OF DISABILITY RETALIATION.

(14)THE FLORIDA SENATE STATUTES SECTION 3187 "ADVERSE ACTION AGAINST EMPLOYEE FOR
DISCLOSING INFORMATION OF SPECIFIED NATURE PROHIBITED; EMPLOYEE REMEDY AND RELIEF.
THE FLORIDA SENATE STATUES SECTION 08 "RIGHTS AND RESPONSIBILITIES OF AN INDIVIDUAL
WITH A DISABLITY" PLAINTIFF WAS RAN OVER BY A CAR.

(15)THE FLORIDA SENATE ADMINISTRATIVE POLICIES AND PROCEDURES POILICY 1.60 WORKPLACE
HARASSMENT PROHIBITED

(16) STATISTICS OF EMPLOYER DISCRIMINATION AND RETALIATION. THE EEOC SECURES $404
MILLION DOLLARS FROM EMPLOYERS EACH YEAR.

(17) FLORIDA LAW TERMINATING AN EMPLOYEE FOR ILLEGAL REASONS. DEFINITION OF
DISCRIMINATION. DEFINITION OF RETALIATION. FLORIDA EMPLOYMENT LAW AFTER
TERMINATION. EMPLOYER RESPONSIBILITIES FOR TERMINATED EMPLOYEE AND UNEMPLYMENT
BENEFITS.

(18)THE FLORIDA SENATE SECTION 205 "COERCION OF EMPLOYEE"

(19)DEFINTION OF ASSUALT AND BATTERY

(20)U.S EQUAL EMPLOYMENT OPPUTUNITY COMMISION DEFINITION OF RETALIATION. WHY
MANAGERS RETALIATE.

(21) U.S EQUAL EMPLOYMENT OPPURTUNITY COMMISSION DEFINITION OF DISABILITY
DISCRIMINATION, DISABILITY DISCRIMINATION AND HARRASSMENT, AND DISABILITY
DISCRIMINATION AND REASONABLE ACCOMODATIONS

(22)TINA FROM RISK MANAGEMENT CAME INTO THE STORE AND I WATCHED HER WATCH THE VIDEO
AND HER INSTANT REACTION WAS, THERE WAS CAUSED BY MANAGER. SHE SAID SHE WAS SORRY
THAT HAPPENED AND THAT SHE COULDN'T TELL ME WHAT THE CONSEQUENCE WAS GOING TO
BE TO THE ASSAULTING AND BATTERING MANAGER, HOWEVER PATRICIA BAILEY WOULD HAVE A
CONSEQUENCE FOR HER PHYISCALLY ABUSIVE BEHAVOIR. PUBLIX VIOLATION OF FLORIDA

STATUTES SECTION 440.185(2) CHAPTER 440 OF EVENT. SENOIR MANAGER RECORDED ON VIDEO WATCHED BY RISK MANAGEMENT VIOLATED FLORIDA STATUE 440.185(2) BECAUSE HE IGNORED THE ASSAULT AND BATTERY AND DISABILITY RETALIATED AGAINST ME, WRONFULLY TERMINATING ME AND TORTIOUS INTERFERENCE. HENCE EQUAL EMPLOYMENT OPPURTUNITY COMMISION RIGHT TO SUE FOR DISABILITY RETALIATION

(23) BROWARD HEALTH MEDICAL CENTER MEDICAL RECORDS THAT I HAVE HISTORY OF MUSCULOSKELETAL SYMPTOMS AND DIAGNOSIS OF ENTHESOPATHY IN MY LEFT SHOULDER, ARM, AND NECK THAT PATRICIA BAILEY CONSTANTLY WAS ASSALTING AND BATTERING

(24) 09/11/2020 3 DAYS AFTER PHYSICALLY ABUSIVE EVENT DR. PHILLIP APPLETON CHIROPRACTOR NOTE THAT PLAITIFF IS EXPERIENCING INCREASED PAIN ON NECK AND LEFT ARM/SHOULDER

(25) PUBLIX RISK MANAGEMENT ADJUSTER KELLY FLETCHER ASSIGNED TO PLAINTIFF SAYS "THE SENOIR MANAGER THAT WATCHED THE PHYSICAL ABUSE OF INJURY, IS SAYING THAT THERE WAS NO PHYSICAL CONTACT, AND SINCE HE IS THE SENIOR MANAGER SHE DOESN'T HAVE THE AUTHORITY TO DO ANYTHING" WE SPOKE ABOUT HOW RISK MANAGEMENT, HER AND TINA AND EVERYONE WHO WATCHED THE VIDEO, SAW HIM, WATCH PATRICIA BAILEY MAKE, PHYSICALLY HARMFUL CONTACT CAUSING INJURY WITH PLAINTIFF. PUBLIX DISABILITY DISCRIMINATED AND RETALIATED VIOLATING WORKERS COMPENSATION LAW CLAIM AND DENYING IT AFTER REPORT. WAS ALREADY MADE AND TERMINATED ME.

(26) SEPTEMBER 23, 2020 IN RETALIATION I WAS SENT A LETTER STATING PRE-ADVERSE ACTION NOTIFCATION WITH RESPECT TO EMPLOYMENT. THE SUMMARY OF PLAINTIFFS RIGHTS UNDER THE FAIR CREDIT REPORTING ACT STATES " YOU MUST BE TOLD IF INFORMATION IN YOUR FILE HASB BEEN USED AGAINST YOU" NO ONE SAID A WORD TO ME OR EXPLAINED ANYTHING. IM INJURED, DISABLED, ABOU TO HAVE SURGERY AND I HAVE NO CLUE WHAT THE LETTER MEANS. PUBLIX VIOLATED FCRA AND DID NOT EXPLAIN THEY WERE RETALIATING TRYING TO USE MY CREDIT REPORT AGAINST ME.

(27) REASON OF INACCURATE INFORMATION ON FCRA

(28) OCTOBER 2ND RISK MANAGEMENT ADJUSTER KELLY FLETCHER WORKERS COMPENSATION PLAN

(29) OCTOBER 3RD TERMINATION LETTER

(30) THE FLORIDA SENATE ADMINISTRATIVE POILICIES AND PROCESURES POLICY 1.60 " IMPLYING THAT CERTAIN INDIVIDUALS MUST ATTEND MEETINGS OR PROVIDE BRIEFINGS WHEN EMPLYOYER WHEN IT IS UNDERSTOOD OR SHOULD BE UNDERSTOOD THE PREFERENCE IS NOT BASED ON THE SUBSTATANTIVE KNOWLEDGE OR EXPERIENCE OF THE INDIVIDUAL.

(31) THERE WAS NO VERBAL COMMUNICATION OF PUBLIX DISABILITY RETALIATING AGAINST ME AND ALL OF SUDDEN WANTING TO KNOW ABOUT MY CONSUMER REPORT.

(32) DEFINITION OF EMPLOYERS RESPONSIBILITIES FOR UNEMPLOYMENT BENEFITS. PLAINTIFF WAS TOLD BY DEO THAT PUBLIX DID NOT COOPERATE VIOLATING UNEMPLOYMENT LAW AND I WAS NOT ELIGBLE FOR UNEMPLOYMENT BENEFITS WHEN PLAINTIFF WAS ELIGIBLE FOR UNEMPLOYMENT ASSISTANCE. PUBLIC SUPERMATKERTS HAS LEFT PLAINTIFF DESTITUTE WITH NO INCOME BECAUSE OF PUBLIC SUPERMARKETS DISABILITY RETALIATION DURING A PANDEMIC.

(33) RETALIATION AND 3 ESSENTIAL ELEMENTS; MANAGER DENIED ANY PHYSICAL CONTACT, CANCELED THE CLAIM, WRONFULLY TERMINATED PLAINTIFF, THEN SLANDER AND LIBEL. TORTIOUS INTERFERNCE TO PLAINTIFF. DIDN'T COOPERATE IN THE UNEMPLOYMENT PANDEMIC PROCESS WITH DEPARTMENT OF ECONOMIC OPPURTUNITY DEO SAID "PUBLIX SAID THAT PLAINTIFF WAS NOT ELIGBLE FOR UNEMPLOYMENT BENEFITS." DID NOT GIVE REASON, BECAUSE PUBLIX DIDN'T HAVE ONE. THE PLAINTIFF WORKED FOR PUBLIX ON AND OFF FOR 9 YEARS WITH A PERFECT WORK HISTORY. THIS PUBLIX SUPER MARKET GROCERY STORE BEYOND A REASONABLE DOUBT PURPOSELY CAUSED HARM UPON PLAINTIFF IN MANY WAYS. EMPLOYER VIOLATION OF FLORIDA SENATE STATUTES.

(34) TORTIOUS INTERFERENCE FROM PUBLIX SUPERMARKETS, INC TO DEPARTMENT OF ECONOMIC OPPURTUNITY VIOLATING EMPLOYERS DUTIES OF TERMINITATION LEFT PLAINTIFF WITH NO UNEMPLOYMENT BENFITS OR INCOME. PLAINTIFF HAS HAD TO RECEIVE HOUSING FINANCE AND COMMUNITY REDEVELOPMENT DIVISION BROWARD COUNTY ASSITANCE FOR RENTAL ASSISTANCE TWICE. ONCE FROM GOODMAN JEWISH FAMILY SERVICES. GOODMAN JEWISH FAMILY SERVICES FOOD PANTRY DELIVERS FOOD, TOILITRIES, AND CLEANING SUPPLIES TO INJURED PLAINTIFF MONTHLY. GOODMAN FAMILY SERVICES PROVIDES CLOTHING FROM RAK PACK THRIFT STORE. INJURED PLAINTIFF HAS NO INCOME, HAD SURGERY, AND WAS BED RIDDEN, THEN IN A WHEELCHAIR, AND NOW USES CRUTCHES ON AND OFF TO RECOVER KNEE TO WALK. PLAINTIFF HAS HAD TO RECEIVE FINANCIAL ASSISTANCE FROM THE NANCY J COTTERMAN CENTER AND INTERNATIONAL RESCUE COMMITTEE.

(35) PLAINTIFF IS A FULL TIME ONLINE STUDENT IN COLLEGE AND HAS A 3.0 GPA AND HAS BEEN WRONGFULLY TERMINATED AMONG MANY OTHER VIOLATED STATUES FROM PUBLIX SUPERMARKETS, INC. SHE WORKS TOWARDS A SUCCESSFUL FUTURE. THIS IS HER SECOND DEGREE. SHE HAD PLANS OF WORKING AT CORPORATE FOR PUBLIX ONCE GRADUATED WITH MASTERS DEGREE. A CONSERVATIVE ACTUARIAL ANANYSIS IS PROVIDED TO SHOW ALL LOST WAGES, AND RETIREMENT PLANS. A TOTAL OF $2,943,781 IS TOTAL LOST SALARY AND RETIREMENT PLAN AT RETIREMENT.

Filing # 127336257 E-Filed 05/22/2021 04:59:42 AM

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 510-2021-00488 |

| | Florida Commission On Human Relations | and EEOC |
|---|---|---|
| | State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Ashley Goddard | (954) 309-2806 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 4521 Poinciana St. #3, Fort Lauderdale, FL 33308 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PUBLIX SUPERMARKETS, INC. | 500 or More | (954) 847-2844 |

| Street Address | City, State and ZIP Code |
|---|---|
| 1940 Cordova Rd., Ft Lauderdale, FL 33315 | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **09-07-2020**   Latest **10-03-2020**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about March 4, 2020, I was re-hired by the above-named employer as a Deli Clerk. On September 7, 2020, Assistant Store Manager Patricia Bailey harshly grabbed me by my arm and injured it. Store Manager Glen told me that he did not see any physical contact between Manager Bailey and myself and did not report the incident. Subsequently, I contacted Risk Management Department and reported the injury Ms. Bailey caused me. On October 2, 2020, an associate from Risk Management named Kelly Fletcher contacted me to inform me of all the benefits I was entitled under Worker's Compensation Law and sent me several forms to complete. On October 3, 2020, I was terminated while on Family Medical Leave Act (FMLA) related to a car accident I was involved in July 31, 2020.

My termination letter stated that I was terminated due to information contained within the consumer report that I authorized the company to obtain.

I believe I was discriminated against due to my medical condition, in violation of Title I of the Americans with Disabilities Act of 1990, as amended. I also believe I was terminated in retaliation for filing an incident report against a manager and also a worker's compensation claim.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the above is true and correct. | SIGNATURE OF COMPLAINANT |
| *Ashley Goddard* | *Ashley Goddard* |
| 5-14-2021 | SHANIEL OWEN BROWN NOTARY PUBLIC STATE OF FLORIDA Comm# GG268648 Expires 10/17/2022 |
| Date | Charging Party Signature |
| | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) 05/14/2021 |

Broward Health Medical Center

---

## ED Forms

GARNES, CARYN - 5/23/2019 22:12 EDT

---

**ED Charge Sheet Entered On: 5/23/2019 22:12 EDT**
**Performed On: 5/23/2019 22:12 EDT by GARNES, CARYN**

**ED Charge Sheet**
*ED Charges :* No charges

GARNES, CARYN - 5/23/2019 22:12 EDT

---

## Emergency Dept

| DOCUMENT NAME: | ARM PAIN - DI | TRANSCRIBED BY: | |
|---|---|---|---|
| DOCUMENT TYPE: | ED Electronic Physician Documentation | PERFORMED BY: | FERENC DO,MACIEJ (5/24/2019 09:50 EDT); DREIBELBIS PA-C,DIANE (5/23/2019 21:13 EDT) |
| RESULT STATUS: | Modified | REVIEWED BY: | |
| SIGNED BY: | FERENC DO,MACIEJ (5/24/2019 09:50 EDT); DREIBELBIS PA-C,DIANE (5/23/2019 21:58 EDT) | SERVICE DATE/TIME: | 5/23/2019 21:03 EDT |
| AUTHENTICATED BY: | FERENC DO,MACIEJ (5/24/2019 09:50 EDT); DREIBELBIS PA-C,DIANE (5/23/2019 21:58 EDT); DREIBELBIS PA-C,DIANE (5/23/2019 21:58 EDT) | | |

**Addendum by FERENC DO, MACIEJ on May 24, 2019 9:50 EDT**
Patient is a 34-year-old female who presents to the emergency department with 3 days left shoulder pain. Nontraumatic, has not taken any meds her anti-inflammatories for I personally did a face-to-face with patient examined left shoulder tender over biceps tendon. Neurovascularly intact, full range of motion although painful with extension of shoulder. X-ray ordered, negative for any acute injury. Patient discharged with Flexeril and Motrin. Allied health professional case and notes reviewed. Agree with current treatment plan.

*FERENC DO, MACIEJ*

*Electronically Signed Date/Time: 05/24/2019 09:50*

**ARM PAIN - DI**

Patient: **GODDARD, ASHLEY**     **MRN: 1829213**     **FIN: 197543051**
Age: **34 years**   Sex: **F**   DOB: **8/4/1984**
Associated Diagnoses: **None**
Author: **DREIBELBIS PA-C, DIANE**

**Basic Information**
   **Time seen:** Date 5/23/2019.

Broward Health Medical Center

| Emergency Dept |
| --- |

**History source:** Patient.
**Arrival mode:** Walking.
**History limitation:** None.

## History of Present Illness

The patient presents with arm pain. The onset was 3 days ago. The course/duration of symptoms is fluctuating in intensity. Type of injury: none. Location: Left arm. Radiating pain: none. The character of symptoms is pain and dull. The degree of pain is minimal. The degree of swelling is minimal. 34y F presents for L arm pain x 3 days. Reports has been mostly constant - but when resting is better. Reports no injuries, no new exercises, no fevers, no new weaknesses, denies over use, no other complaints at this time. Patient also notes has not taken anything for the pain. Allergy to penicillin..

## Review of Systems
**Constitutional symptoms:** Negative except as documented in HPI.
**Skin symptoms:** Negative except as documented in HPI.
**Eye symptoms:** Negative except as documented in HPI.
**ENMT symptoms:** Negative except as documented in HPI.
**Respiratory symptoms:** Negative except as documented in HPI.
**Cardiovascular symptoms:** Negative except as documented in HPI.
**Gastrointestinal symptoms:** Negative except as documented in HPI.
**Genitourinary symptoms:** Negative except as documented in HPI.
**Musculoskeletal symptoms:** Joint pain.
**Neurologic symptoms:** Negative except as documented in HPI.
**Psychiatric symptoms:** Negative except as documented in HPI.
**Endocrine symptoms:** Negative except as documented in HPI.
**Hematologic/Lymphatic symptoms:** Negative except as documented in HPI.

## Health Status
**Allergies:** No known allergies.
**Medications:** Per nurse's notes.
**Immunizations:** Per nurse's notes.

## Past Medical/ Family/ Social History
**Medical history:** Reviewed as documented in chart.
**Surgical history:** Reviewed as documented in chart.
**Family history:** Reviewed as documented in chart.
**Social history:** Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies, Family/social situation: not homeless.

## Physical Examination

**Vital Signs**
Vital Signs

| 5/23/2019 21:01 EDT | | |
| --- | --- | --- |
| Temperature Oral | 98.2 DegF |
| **Heart Rate** | **56 bpm  L** |
| Resp Rate Spontaneous | 20 br/min |
| Systolic Blood Pressure NIBP | 124 mmHg |
| Diastolic Blood Pressure NIBP | 70 mmHg |
| Vital Signs Position | Sitting |

**General:** Alert, no acute distress.

========================================================================================

PATIENT NAME:  GODDARD, ASHLEY                    MRN:  XXXXXX3440; 1829213; 474502;          FIN: 197543051
                                                         1000028713
Printed:  10/8/2020 09:37 EDT                                                            Page 7 of 40

# Dr. Phillip Appleton

APPLETON CHIROPRACTIC CENTER

1215 S.W. 26th Ave Pompano Beach, FL 33069

(954)973-0710

(954)971-1110 FAX

To whom it may concern:

Date: ___Oct-1-2020___

Please excuse ___Ashley Goddard___ from any work related activities

due to her injuries on ___7-31-2020___

He/She is to be excused until ___Oct-1-2020___

# patient has increased pain of neck and left
arm/shoulder.

# patient will seen today. patient
treats 3 time a week!

Dr. Phillip Appleton

# Publix.

September 23, 2020

Ashely Goddard
4521 Poinciana St Apt 3
Laud by Sea, FL 33308

**RE: PB041020P59BS**
**Pre-Adverse Action Notification with Respect to Employment**

Dear Ashley Goddard,

This letter is being sent to you in compliance with the Fair Credit Reporting Act, 15 U.S.C. Section 1681b(b)(3), to inform you that you may be denied employment with Publix Super Markets based on the information reported from the consumer reporting agency listed below.

**HireRight, LLC**
3349 Michelson Dr Suite 150
Irvine, CA 92612
Phone: 866-521-6995
Fax: 877-797-3442
E-mail: customerservice@hireright.com
http://www.hireright.com/Consumers-Applicants.aspx

Please find attached a copy of the consumer report that was provided to us, as well as a document titled, "A Summary of Your Rights Under the Fair Credit Reporting Act", as prescribed by the Federal Trade Commission.

Please carefully review the results of your background report. If you feel any item on the report is not accurate please contact the consumer reporting agency directly.

**Should you wish to provide more information regarding any item on the report or have your report further assessed by a Publix background check coordinator, please contact us at 1-863-688-1188 ext 52005 or at EESCBC@publix.com within 7 business days.**

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer

1

reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is

placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

3

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates | a. Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | b. Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act. | b. Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>Division of Consumer Compliance Policy and Outreach<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, S.E.<br>Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, S.W.<br>Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, S.W., Suite 8200<br>Washington, DC 20416 |
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, N.E.<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, N.W.<br>Washington, DC 20580<br>(877) 382-4357 |

4

THE LAW OFFICES OF
# ANDREW M. COFFEY, P.A.*

*Board Certified Criminal Trial Specialist
208 SE 6ᵗʰ Street
Fort Lauderdale, Florida 33301
Telephone : 954-467-5700
Fax: 954-467-5810
Email: andy@amcoffey.com

October 22, 2020

To Whom It May Concern:

I'm writing this on behalf of my client Ashley Goddard. Ashely was a victim of domestic violence and she was under the control of an evil man who took advantage of her mental state. This man has a long history of taking advantage of vulnerable women and his numerous crimes can be found on-line. Ashley has been previously diagnosed with severe anxiety, bi-polar disorder and depression. She was an easy target for this maniacal man. As a result of Ashely, being under the man's influence, she inadvertently got herself involved in his criminal activity. It was a complex situation but ultimately she resolved her cases and received a with-hold adjudication and probation. As part of her plea bargain, Ashley was not adjudicated which means she is not a convicted felon. Ashely is trying to regain control of her life. She has a great support system, she does not use drugs or alcohol, and she regularly attends self-help meetings on Zoom. She also attends weekly therapy sessions for her anxiety that had gotten worse as a result of what this man did to her. However, she still has severe mental health issues and she still believes that people are out there trying to hurt her. She is often withdrawn and won't socialize for fear that she will get taken advantage of again. She is going to school through vocational rehab that is offered by the Department of Education whch helps people with disabilities. She is truly an example of someone being in the wrong place at the wrong time, and she is now doing everything she can to protect herself.

Thank you for giving me this opportunity to write this letter on Ashley's behalf. Please feel free to call me at the above number if you have any questions.

Sincerely,

*Andrew M. Coffey*

ANDREW M. COFFEY, Esq.

# Publix Supermarkets, Inc.

October 2, 2020

**Ashley Goddard**
**4521 POINCIANA ST APT 3**
**LAUD BY SEA, FL 33308-3567**

**Re: Injury Reported for Date of Accident: 9/7/2020**
**Claim Number: WC2020552314**

Dear **Ashley**,

Hello, my name is **Kelly Fletcher**. I am a Publix associate who works in the Risk Management Department. We recently received notice that you reported an injury at work. I am responsible for making certain you receive all the benefits to which you are entitled under Workers' Compensation Law. As a Publix associate I will do my best to facilitate the delivery of these benefits in a timely and courteous manner.

Enclosed you will find a copy of the First Report of Injury for your records. Please look over this form, if any of the information is incorrect please contact our office as soon as possible. I have also enclosed a brochure titled "Important Workers' Compensation Information For Florida Workers" and a letter from the Employee Assistance Office. Both of these are provided on behalf of the State of Florida Department of Financial Services and contain valuable information.

In addition, I have enclosed the following forms which are to be completed by you and returned: **Questionnaire, Fraud Statement, Protected Health Information Release Authorization,** and **Mileage Reimbursement Request Form** (track your mileage to and from medical providers and submit as often as you would like-we will send a new one to you when needed). Please send the completed forms back to us as soon as possible. There is a self-addressed stamped envelope for you to use.

If we have not had an opportunity to speak with each other concerning your injury, please give me a call at your earliest convenience so that I can answer any questions you may have. In the event that you need to speak with me and I am not available, please feel free to contact my Team Leader, **Bobbie Shaffbower**. Our contact information is listed below.

Sincerely,

**Kelly Fletcher**
**Publix Super Markets, Inc.**
**Phone: (800) 838-0999 Ext.88632**
**Email: Kelly.Fletcher@Publix.com**

**Bobbie Shaffbower**
**(800) 838-0999 Ext. 88628**
**bobbie.shaffbower@publix.com**

enclosure

# <u>Important Information Regarding Publix's Absence Policy</u>

On July 1, 2003, Publix implemented two new policies related to workers' compensation related absences and how Publix handles these absences.

First, the maximum amount of time an associate can be out of work due to a workplace injury or illness, including FMLA or Disability Leaves, is 52 consecutive weeks. If an associate is absent for more than 52 weeks, starting July 1, 2003, due to a workplace injury or illness, he or she will be administratively separated from Publix.

Second, workers' compensation absences will run at the same time as FMLA and Disability Leaves. If an associate is unable to work due to a workplace injury or illness, he or she must use FMLA and Disability Leaves, if authorized and available, for workers' compensation absences, until FMLA and Disability Leaves are exhausted.

Any questions you may have regarding your workers' compensation benefits should be directed to your adjuster. For more information regarding leaves, you can contact your Store Manager and/or Human Resource representative.

# Publix.

October 3, 2020

Ashley Goddard
4521 Poinciana St Apt 3
Laud by Sea, FL 33308

RE: PB041020P59BS
**Adverse Action Notification with Respect to Employment**

Dear Ashley Goddard,

We regret to inform you that we have found it necessary to deny you employment or terminate your current employment with Publix Super Markets, Inc.

This action was influenced by information contained within the consumer report that you authorized Publix to obtain; a copy of which was provided to you.

HireRight, LLC, whose address is 3349 Michelson Dr, Suite 150, Irvine, CA 92612, and whose toll-free number is 866-521-6995, provided this consumer report.

The above-named consumer reporting agency did not make the decision to take this adverse action and cannot provide you the specific reasons why this action was taken.

You have a right, pursuant to the Fair Credit Reporting Act or other applicable laws, to obtain a free copy of your consumer report from the above-named consumer reporting agency. Please contact the consumer reporting agency to obtain this report.

You have sixty (60) days from the date you receive this notice to request a free copy of your consumer report.

You also have a right, pursuant to the Fair Credit Reporting Act or other applicable laws, to dispute with the above-named consumer reporting agency the accuracy or completeness of any information contained in your report. Please contact the consumer reporting agency for further information on how to dispute information in your consumer report.

If you have any questions, please contact the EAP dept at 1-863-688-1188 extension 52005.

Case 0:21-cv-61161-AHS Document 1-2 Entered on FLSD Docket 02/19/2021 Page 19 of 40

sexual harassment raises issues that are unique in comparison to other types of workplace harassment. Therefore, sexual harassment warrants separate emphasis. "Sexual harassment" means unwelcome sexual advances, requests for sexual favors, and other verbal, nonverbal, or physical conduct of a sexual nature when:

(a) Submission to such conduct is made either explicitly or implicitly a term or condition of an individual's employment;

(b) Submission to or rejection of such conduct by an individual is used as the basis for employment decisions affecting such individual; or

(c) Such conduct has the purpose or effect of unreasonably interfering with an individual's work performance or creating an intimidating, hostile, or offensive working environment.

### *Examples of Workplace Harassment*

The following examples are illustrative of conduct or communications that may constitute workplace harassment:

- Unwanted jokes or slurs with a sexual, racial, religious, ethnic, or similar content.
- Mimicking or imitating the characteristics of an individual based on race, religion, sex, national origin, age, disability, or marital status.
- Unwelcome remarks about an individual's sexual anatomy, sexual capabilities, ethnic characteristics, religion, age, physical disabilities, or marital status.
- Unwanted physical contact.
- Hazing based on race, color, religion, sex, national origin, age, disability, or marital status.

The following examples are illustrative of conduct or communication, if unwelcome, which may constitute sexual harassment:

### Verbal

- Sexual comments or innuendos about one's clothing, body, appearance, or sexual activity.
- Discussing sexual topics in the workplace, such as sexual practices or preferences or telling sexual jokes or stories.
- Using sexual words or phrases or words or phrases that can or should reasonably be taken as having sexual connotations.
- Implying that certain individuals must attend meetings or provide briefings when it is understood or should be understood the preference is not based on the substantive knowledge or experience of the individual.
- Making unwelcome calls or other communications to discuss matters of a personal nature outside of those required by professional conduct.
- Requesting or demanding sexual favors or suggesting that there is any connection between sexual behavior and any term or condition of employment or the outcome of any issue or matter, whether that connection be positive or negative.

*Para informacion en espanol, visite www.ftc.gov/credit o escribe a la FTC Consumer Response Center, Room 130-A 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.*

### A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.ftc.gov/credit or write to: Consumer Response Center, Room 130-A, Federal Trade Commission, 600 Pennsylvania Ave. N.W., Washington, D.C. 20580.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identify theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, by September 2005 all consumers will be entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.ftc.gov/credit for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.ftc.gov/credit for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.ftc.gov/credit.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit www.ftc.gov/credit.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. Federal enforcers are:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| Consumer reporting agencies, creditors and others not listed below | Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580　　　　　1-877-382-4357 |
| National banks, federal branches/agencies of foreign banks (word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219　　　　　800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal branches/agencies of foreign banks) | Federal Reserve Consumer Help (FRCH)<br>P O Box 1200<br>Minneapolis, MN 55480<br>Telephone: 888-851-1920<br>Website Address: www.federalreserveconsumerhelp.gov<br>Email Address: ConsumerHelp@FederalReserve.gov |
| Savings associations and federally chartered savings banks (word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Complaints<br>Washington, DC 20552　　　　　800-842-6929 |
| Federal credit unions (words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314　　　　　703-519-4600 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Consumer Response Center, 2345 Grand Avenue, Suite 100<br>Kansas City, Missouri 64108-2638　　　　　1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics Board or Interstate Commerce Commission | Department of Transportation , Office of Financial Management<br>Washington, DC 20590　　　　　202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture |

CALL NOW FOR A CONSULTATION

## BL Brewer Long

HOME   ABOUT +   PRACTICE AREAS +   TESTIMONIALS   BLOG   MAKE A PAYMENT   CONTACT

# TORTIOUS INTERFERENCE IN FLORIDA

Home » Tortious Interference in Florida

May 16, 2019

Business Law

All businesses rely on contracts with other parties in order to operate smoothly and efficiently, as well as to grow and protect business interests.

From contracts with sellers to employees, other businesses to third parties, contracts are essential to business operations.

## CATEGORIES

ANNOUNCEMENTS

BEVERAGE LAW

BUSINESS LAW

CONTRACT LAW

FAMILY LAW

INFORMATION

INTELLECTUAL PROPERTY

MERGERS & ACQUISITIONS

## CONTACT US

DISCUSS YOUR CASE WITH BREWERLONG
SCHEDULE YOUR CONSULTATION TODAY.

Name

Email

Phone

City

State

Tell us about your case .

How did you hear about us?

CONTACT US

---

while contracts are legally-binding agreements that require all parties named in a contract to act in accordance with the provisions of the contract, sometimes, contracts are breached.

When a breach of contract occurs, a business may maintain the right to bring forth a tortious interference claim against a third party whose actions caused the breach.

If you think that you have a claim for tortious interference, Florida business dispute lawyers at the office at BrewerLong can provide you with aggressive representation and advise you of your rights and options. Call our law firm today to get started.

## WHAT IS TORTIOUS INTERFERENCE?

As defined by the Legal Information Institute of Cornell Law School, tortious interference refers to a type of common law tort that allows a party to bring forth a claim for damages against another that has "wrongfully interfered with the plaintiff's contractual or business relationships."

A such, there are actually two types of tortious interference claims: tortious interference with a contract, and tortious interference with a business relationship.

A tortious interference claim is not a criminal act, and a party named in a suit will face no criminal penalties; rather, if the plaintiff's tortious interference suit is successful, the defendant will have to pay damages to the plaintiff.

## EXAMPLES OF TORTIOUS INTERFERENCE

When one party (a defendant in a tortious interference case) intentionally interrupts, disrupts, or interferes with the contractual relationship that one party holds with another, a claim for tortious interference may exist.

A few examples of tortious interference include:

- A vendor offering unreasonably low prices to a buyer, resulting in the buyer breaching a contract with another business;
- A third-party blackmailing a business or another party; and
- Refusing to perform a duty or obligation (such as the delivery of goods) that impairs the plaintiff's (business's) ability to satisfy its own contractual obligation.

The above are just a handful of tortious interference examples; tortious interference occurs any time that a third party interferes with the relationship or contract that exists between two other parties.

## WHAT ARE THE ELEMENTS OF A TORTIOUS INTERFERENCE CASE?

In order to bring forth a successful tortious interference Florida case, each of the elements of tortious interference must be established. Our lawyers will guide you through each element and be responsible for gathering evidence to satisfy each.

These elements include:

- A contractual business relationship or an advantageous business relationship existed between the plaintiff and another party;
- The defendant (third party) knew of the contact or the relationship;
- The defendant acted *intentionally* to disrupt the relationship or/and induce one party to breach the contract with the other;
- The defendant's actions were unjustified; and
- The plaintiff suffered damages as a direct result of the interference.

Further, it is critical that the plaintiff can establish *causation* – that the breach of contract or disruption of advantageous business relationship would not have occurred but for the intentional and unjustifiable interference of the third party.

## DAMAGES AVAILABLE THROUGH A TORTIOUS INTERFERENCE CLAIM

Following tortious interference. Florida businesses who have been affected

maintain the right to seek damages from the defendant.

These damages will be economic in nature and are intended to compensate the plaintiff for the losses suffered that would not have been incurred but for the defendant's tortious interference. Damages are calculated based on actual losses, and therefore vary on a case-by-case basis.

## STATUTE OF LIMITATIONS

If you think that you may have a tortious interference claim, Florida law requires that you bring forth your suit within four years from the date of cause of action. However, it is best to bring forth your claim as soon as possible, as evidence can be destroyed, and facts can be blurred after too much time has passed.

## HOW CAN A BUSINESS ATTORNEY HELP?

If you believe that your business has a tortious interference claim, working with a skilled attorney is absolutely essential.

An attorney can review your case, advise your business of its rights and what steps to take, gather evidence on your behalf, analyze contract language and any breaches of contract, negotiate a settlement, and more. Failing to work with a skilled attorney is an oversight that your business cannot afford.

To schedule a consultation with our Florida business and tortious interference lawyers at the law offices of BrewerLong, please call our legal team directly or send us a message. We have the experience and skill set that your company requires.



## TREVOR BREWER

Primarily working with business owners and their families, Trevor advises clients on business structuring and sale transactions, regulatory

compliance, third-party contracts, liability protection and general matters facing small business owners. His focus extends beyond legal advice and includes business strategy and wealth preservation. Trevor also works with families regarding their estate planning needs, including probate, trust administration, and wills.



**RATE THIS POST** ☆ ☆ ☆ ☆ ☆
4 votes, average: 4.25 out of 5

**SHARE:** f 🐦 in ✉

# DISCUSS YOUR CASE WITH BREWERLONG

## SCHEDULE YOUR CONSULTATION TODAY.

First Name | Last Name

Email | Phone

City | State

Are any of the related individuals or businesses located within the state of Florida?

How did you hear about us?

Tell us about your case...

SUBMIT

(B.) BrewerLong

CONTACT US
407 Wekiva Springs Road
Ste 241
Longwood, FL 32779

Directions

407-901-7765

NAVIGATION

Home
About Us
Testimonials
Blog
Make a Payment
Contact

©2021 BrewerLong. All rights reserved.

Site By 🄳 JURIS DIGITAL

BrewerLong supplies the legal advice and suggestions on this page to assist in the education of the legal issues involved in small businesses in Florida. Nothing on this website and no information on this website is, or should be, taken as legal advice. No information on this website should be taken as giving legal advice or as a substitute for seeking the advice of a licensed attorney. If you have specific concerns or a situation in which you require legal advice, you should consult with an attorney. Your viewing of this website, its content, and any information you send to BrewerLong does not constitute an attorney-client relationship. Because every situation is different, any information on this website does not guarantee particular results and cannot substitute for obtaining professional legal counsel. If you have any questions, please feel free to contact us.

# The Florida Senate

## 2012 Florida Statutes

| Title VIII<br>LIMITATIONS | Chapter 95<br>LIMITATIONS OF ACTIONS;<br>ADVERSE POSSESSION<br><br>Entire Chapter | SECTION 11<br>Limitations other than for the<br>recovery of real property. |
|---|---|---|

**95.11   Limitations other than for the recovery of real property.**—Actions other than for recovery of real property shall be commenced as follows:

(1)   WITHIN TWENTY YEARS.—An action on a judgment or decree of a court of record in this state.

(2)   WITHIN FIVE YEARS.—

(a)   An action on a judgment or decree of any court, not of record, of this state or any court of the United States, any other state or territory in the United States, or a foreign country.

(b)   A legal or equitable action on a contract, obligation, or liability founded on a written instrument, except for an action to enforce a claim against a payment bond, which shall be governed by the applicable provisions of paragraph (5)(e), s. 255.05(10), s. 337.18(1), or s. 713.23(1)(e).

(c)   An action to foreclose a mortgage.

(d)   An action alleging a willful violation of s. 448.110.

(e)   Notwithstanding paragraph (b), an action for breach of a property insurance contract, with the period running from the date of loss.

(3)   WITHIN FOUR YEARS.—

(a)   An action founded on negligence.

(b)   An action relating to the determination of paternity, with the time running from the date the child reaches the age of majority.

(c)   An action founded on the design, planning, or construction of an improvement to real property, with the time running from the date of actual possession by the owner, the date of the issuance of a certificate of occupancy, the date of abandonment of construction if not completed, or the date of completion or termination of the contract between the professional engineer, registered architect, or licensed contractor and his or her employer, whichever date is latest; except that, when the action involves a latent defect, the time runs from the time the defect is discovered or should have been discovered with the exercise of due diligence. In any event, the action must be commenced within 10 years after the date of actual possession by the owner, the date of the issuance of a certificate of occupancy, the date of abandonment of construction if not completed, or the date of completion or termination of the contract between the professional engineer, registered architect, or licensed contractor and his or her employer, whichever date is latest.

(d)   An action to recover public money or property held by a public officer or employee, or former public officer or employee, and obtained during, or as a result of, his or her public office or employment.

(e)   An action for injury to a person founded on the design, manufacture, distribution, or sale of personal property that is not permanently incorporated in an improvement to real property, including fixtures.

(f)   An action founded on a statutory liability.

(g)   An action for trespass on real property.

(h)   An action for taking, detaining, or injuring personal property.

(i)   An action to recover specific personal property.

(j)   A legal or equitable action founded on fraud.

(k)   A legal or equitable action on a contract, obligation, or liability not founded on a written instrument, including an action for the sale and delivery of goods, wares, and merchandise, and on store accounts.

(l)   An action to rescind a contract.

(m)   An action for money paid to any governmental authority by mistake or inadvertence.

(n)   An action for a statutory penalty or forfeiture.

(6)  LACHES.—Laches shall bar any action unless it is commenced within the time provided for legal actions concerning the same subject matter regardless of lack of knowledge by the person sought to be held liable that the person alleging liability would assert his or her rights and whether the person sought to be held liable is injured or prejudiced by the delay. This subsection shall not affect application of laches at an earlier time in accordance with law.

(7)  FOR INTENTIONAL TORTS BASED ON ABUSE.—An action founded on alleged abuse, as defined in s. 39.01, s. 415.102, or s. 984.03, or incest, as defined in s. 826.04, may be commenced at any time within 7 years after the age of majority, or within 4 years after the injured person leaves the dependency of the abuser, or within 4 years from the time of discovery by the injured party of both the injury and the causal relationship between the injury and the abuse, whichever occurs later.

(8)  WITHIN 30 DAYS FOR ACTIONS CHALLENGING CORRECTIONAL DISCIPLINARY PROCEEDINGS.—Any court action challenging prisoner disciplinary proceedings conducted by the Department of Corrections pursuant to s. 944.28(2) must be commenced within 30 days after final disposition of the prisoner disciplinary proceedings through the administrative grievance process under chapter 33, Florida Administrative Code. Any action challenging prisoner disciplinary proceedings shall be barred by the court unless it is commenced within the time period provided by this section.

(9)  SEXUAL BATTERY OFFENSES ON VICTIMS UNDER AGE 16.—An action related to an act constituting a violation of s. 794.011 involving a victim who was under the age of 16 at the time of the act may be commenced at any time. This subsection applies to any such action other than one which would have been time barred on or before July 1, 2010.

(10)  FOR INTENTIONAL TORTS RESULTING IN DEATH FROM ACTS DESCRIBED IN S. 782.04 OR S. 782.07.—Notwithstanding paragraph (4)(d), an action for wrongful death seeking damages authorized under s. 768.21 brought against a natural person for an intentional tort resulting in death from acts described in s. 782.04 or s. 782.07 may be commenced at any time. This subsection shall not be construed to require an arrest, the filing of formal criminal charges, or a conviction for a violation of s. 782.04 or s. 782.07 as a condition for filing a civil action.

(11)  COURT COSTS AND FINES.—Notwithstanding subsection (1), an action to collect court costs, fees, or fines owed to the state may be commenced at any time.

History.—s. 10, ch. 1869, 1872; s. 1, ch. 3900, 1889; RS 1294; GS 1725; s. 10, ch. 7838, 1919; RGS 2939; CGL 4663; s. 1, ch. 21892, 1943; s. 7, ch. 24337, 1947; s. 24, ch. 57-1; s. 1, ch. 59-188; s. 1, ch. 67-284; s. 1, ch. 71-254; s. 30, ch. 73-333; s. 7, ch. 74-382; s. 7, ch. 75-9; s. 1, ch. 77-174; s. 11, ch. 78-435; s. 1, ch. 80-322; s. 34, ch. 83-38; s. 1, ch. 84-13; s. 1, ch. 85-63; s. 139, ch. 86-220; s. 1, ch. 86-231; s. 1, ch. 86-272; s. 1, ch. 88-397; s. 20, ch. 90-109; s. 1, ch. 92-102; s. 520, ch. 95-147; s. 2, ch. 95-283; s. 4, ch. 96-106; s. 1, ch. 96-167; s. 15, ch. 98-280; s. 2, ch. 99-5; s. 12, ch. 99-137; s. 2, ch. 2001-211; s. 15, ch. 2005-230; s. 1, ch. 2005-353; s. 1, ch. 2006-145; s. 2, ch. 2010-45; s. 1, ch. 2010-54; s. 1, ch. 2011-39; s. 13, ch. 2012-100; s. 1, ch. 2012-211.

Disclaimer: The information on this system is unverified. The journals or printed bills of the respective chambers should be consulted for official purposes.

Copyright © 2000- 2021  State of Florida.

# Florida Reemployment Assistance Application



The Florida Department of Economic Opportunity (DEO) encourages all Floridians who have lost their job as a direct result of COVID-19, to apply for Reemployment Assistance benefits.

## Before You Begin, Consider the Following:

- DEO strongly encourages you to submit your application **online** at FloridaJobs.org and select "File a Claim."
- By applying for Reemployment Assistance benefits through the online application, your claim will be processed faster.
- Use of the paper form should be considered a last resort when submitting your application as it may delay processing of your application.
- When completing the paper application, please type your information, then print and mail in your application. Please ensure that you complete all of the required fields. Page 2 lists important documents needed to complete your application.

## Don't have access to the online application?

- Visit a local public library. Library staff can assist you with accessing the internet, so you can complete your application.
- You can also contact your local CareerSource center for assistance and questions about completing your application. Please visit CareerSourceFlorida.com to find locations and contact information for your local career center. CareerSource staff will be available to walk you through the application process over the phone as well as in person, in some locations. We recommend you call your CareerSource center to check their hours of operation.

Contact DEO at 1-833-FL-APPLY (1-833-352-7759) if you need assistance or have questions about completing your Reemployment Assistance application.

Last Revised. May 15, 2020

# What information and documents should I collect before beginning my application?

**To ensure your application is complete and processed efficiently, have the following information available when submitting an application for Reemployment Assistance:**

- Social Security number.
- Driver's License or State ID number.
- Employment information for the last 18 months for each employer.
- Employer identification number, also known as FEIN number, if available. This number can be found on your W2 or 1099 tax form.
- Employer name (name on pay stub), address, and phone number.
- First and last day of work.
- Gross earnings (before taxes) covering the last 18 months.
- Reason for separation.

**If one of the following criteria applies to you, have the following additional information available:**

- Not a U.S. Citizen: Alien Registration Number or other work authorization form.
- Military employee: A copy of your DD-214 Member 4. If you do not have a Member 4, a copy of your Member 2-7 may be used.
- Federal employee: SF-8 or SF-50.
- Union member: Union name, hall number, and phone number.



**DEO**
FLORIDA DEPARTMENT of
ECONOMIC OPPORTUNITY



**Housing Finance and Community Redevelopment Division**
110 Northeast 3rd Street, Suite 300 • Fort Lauderdale, Florida 33301 • 954-357-4900 • FAX 954-357-8221

August 20, 2020

Ashley Goddard
4521 Poinciana Street #3
Lauderdale by the Sea, FL 33308

RE:   BROWARD COUNTY RENTAL ASSISTANCE
      STATE HOUSING INITIATIVES PARTNERSHIP PROGRAM
      For property at 4521 Poinciana Street #3, Lauderdale by the Sea, FL

Dear Ms. Goddard:

Congratulations! On August 7, 2020, you successfully completed the household and income requirements and submitted the pertinent documents for STATE HOUSING INITIATIVES PARTNERSHIP (SHIP) rental assistance administered through the Broward County Family Success Administration Division.

Therefore, up to $3,432.00 of rental assistance is available to you, which must be used for rental/utility payments for captioned apartment.  In accordance with the signed Consent for Payment of Rent to Landlord, a check in the amount of $3,432.00 will be paid to 4243 LLC, landlord.

Kindly ensure you adhere to the Disaster Assistance Written Agreement regarding duplication of benefits for the period being paid for by the SHIP rental assistance.

Sincerely,

M.J. Reynolds
Housing Program Supervisor

MJR:mdc

Broward County Board of County Commissioners
Mark D. Bogen • Lamar P. Fisher • Beam Furr • Steve Geller • Dale V.C. Holness • Nan H. Rich • Tim Ryan • Barbara Sharief • Michael Udine
www.broward.org

Page 1 of 1

(https://www.jfsbroward.org/wp-content/uploads/2020/03/Charity-Navigator.pdf)
(tel:9543702140)

COVID-19 Essential Needs Fund

Donate Here (https://interland3.donorperfect.net/weblink/weblink.aspx?
name=E133208&id=71)



**jfs** ™
**Goodman Jewish**
**Family Services**
*of* BROWARD COUNTY

# Goodman JFS is proud
# to have earned Charity Navigator's
# highest rating – 4 stars

## Read the Letter ⊕

# Our Mission

Goodman JFS is dedicated to empowering individuals, strengthening families, protecting the
vulnerable and helping seniors age safely and with dignity in their homes by providing
innovative social services and programs to the Broward community. Our work is based on
Jewish values to improve quality of life regardless of race, religion, ethnic background or
sexual orientation.

## Our Difference ➡

## Our Programs

Privacy - Terms

**FEEDING SOUTH FLORIDA**

# EXTENDED EXPIRATION DATES
# FOOD SORTING GUIDE



**3 YEARS** — THIS DATE OR LATER, NO GOOD.

**CANNED FOODS**
BEANS
BROTH
FRUIT
MEATS
PASTA
SOUP

**PEANUT BUTTER**

**MILK (SHELF-STABLE)**

---

**1 YEAR** — THIS DATE OR LATER, NO GOOD.

**SAUCES & CONDIMENTS**
JAM/JELLY
SYRUP
PICKLES
RELISH
KETCHUP
MUSTARD
BBQ, MARINARA
SUGAR, SALT, SPICES

EXCEPTION:
GRAVY (2 YEARS)
HONEY (2 YEARS)

**DRY FOODS BOX/BAG**
DRY BEANS
PASTA PLAIN
PASTA MIXES
STUFFING
POTATOES
RICE (BROWN)
RICE MIXES

EXCEPTION:
WHITE RICE (2 YEARS)

**BAKING ITEMS**
FLOUR
BREAD MIX
CAKE MIX
PANCAKE MIX
FROSTING, SPRINKLES

**CEREALS HOT/COLD**
CEREAL BOXES
CREAM OF WHEAT
GRITS
OATMEAL

**SNACKS**
APPLESAUCE
DRIED FRUIT
FRUIT CUPS
GELATIN CUPS/MIX
PUDDING MIX

**USE EXPIRATION DATE**

**BABY FOOD (NO GLASS JARS)**

**DOUBT BOX**

ANY ITEMS YOU ARE UNSURE OF WILL BE CHECKED BY FSF STAFF.
THIS INCLUDES ITEMS MISSING NUTRITIONAL LABEL.

---

**6 MONTHS** — THIS DATE OR LATER, NO GOOD.

**DRINKS (NO ENERGY DRINKS)**
JUICE
SODA
DRINK POWDERS
JUICE BOXES
GATORADE/POWERADE

**SNACKS**
CHIPS/CRACKERS
GRANOLA BARS
POPCORN (POPPED)
PUDDING CUPS
TOASTER PASTRIES

**CANDY/CHOCOLATE**

---

**3 MONTHS** — THIS DATE OR LATER, NO GOOD.

**COOKIES**

**MAYONNAISE**



# NANCY J. COTTERMAN CENTER

Broward County ‹ Nancy J. Cotterman Center

Child Protection Teams | Crisis Unit | Counseling Unit | Law Enforcement | Important Links | Resources

⊕ ABOUT

⊕ CONTACT



Human Trafficking

Human Trafficking in the Americas

WATCH NOW



April is

## Sexual Assault Awareness
## and Child Abuse Prevention
Month

# Student Schedule

| Student Name: | Goddard, Ashley | Email: | A.Goddard2@student.keiseruniversity.edu / agoddarda@gmail.com | | | | | Enroll Status: | | Active | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Program Version: | Bachelor of Arts in Accounting | | | | | | | | | | |
| ID: | 9833252 | Academic Advisor: | Gayle, Jacent | | | | | Start Date: 9/28/2020 | | | |
| Weekday | Start Time End Time Campus | Building | Room # | Course | Section | Description | Instructor | Audit | Credits Date Start | Date End | Delivery M. |

**20FB** — 2020 Fall B Semester

**Term: C20FB-1M - 2020 Fall B Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** BUL1240 | G2-1 | Business Law | White, Zakkiyyah | No | 3.00 9/28/2020 | 10/25/2020 | Online |

**Term: C20FC-1M - 2020 Fall C Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** ECO1023 | G3-3 | Microeconomics | Courses, Online | No | 3.00 10/26/2020 | 11/22/2020 | Online |

**Term: C20FD-1M - 2020 Fall D Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** ECO2013 | G4-3 | Macroeconomics | Courses, Online | No | 3.00 11/23/2020 | 12/20/2020 | Online |

**Term: C21WA-1M - 2021 Winter A Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** ACG1001 | G1-1 | Accounting Principles I | Courses, Online | No | 3.00 1/11/2021 | 2/7/2021 | Not Online |

**21WB** — 2021 Winter B Semester

**Term: C21WB-1M - 2021 Winter B Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** ACG2011 | G2-1 | Accounting Principles II | Courses, Online | No | 3.00 2/8/2021 | 3/7/2021 | Online |

**Term: C21WC-1M - 2021 Winter C Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** FIN2001 | G3-2 | Financial Management | Courses, Online | No | 3.00 3/8/2021 | 4/4/2021 | Online |

**Term: C21WD-1M - 2021 Winter D Module - 1 Month**

| | Keiser University - E-Campus | | | **3.00 Credits** TAX2004 | G4-1 | Principles of Taxation | Courses, Online | No | 3.00 4/5/2021 | 5/2/2021 | Online |

**Term: C21SA-1M - 2021 Summer A Module - 1 Month**

| | | | | **3.00 Credits** | | | | | | | |

Student Schedule

9/30/2020 1:11:44PM

| Keiser University - E-Campus | ACG2062 | G1-1 | Accounting Information for Business Decisions | Courses, Online | No | 3.00 | 5/10/2021 | 6/6/2021 | Online |

**21SB**

**2021 Summer B Semester**

**Term: C21SB-1M - 2021 Summer B Module - 1 Month**

3.00 Credits

| Keiser University - E-Campus | ACG2091 | G2-1 | Integrated Accounting | Courses, Online | No | 3.00 | 6/7/2021 | 7/4/2021 | Online |

**Term: C21SC-1M - 2021 Summer C Module - 1 Month**

3.00 Credits

| Keiser University - E-Campus | MAR1011 | G3-1 | Introduction to Marketing | Courses, Online | No | 3.00 | 7/5/2021 | 8/1/2021 | Online |

**Comments:** Times and classes may change. Please contact your registrar if you have questions.

U-Sunday
M-Monday
T-Tuesday
W-Wednesday
R-Thursday
F-Friday
S-Saturday

# - Pass/Fail Course

**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 4/12/2021 3:34:44 PM.****

After I called about the unemployment information a few times, Publix said they needed a subpoena from me to get it. Because they know they did me wrong.

**Actuarial Analysis**

| Year | Salary | Annual Increase | Promotion | 15% Contribution | Contribution Return | Contribution Balance | Matching | Stock Matching Return | Stock Return Balance | Retirement Plan Total Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | $ | | | $ | $ | $ | $ | $ | $ | $ |
| 2022 | | | | | | | | | | $ |
| 2023 | | | | | | | | | | $ |
| 2024 | | | | | | | | | | $ |
| 2025 | $ 84,465 | $ 2,534 | | $ 12,670 | $ 748 | $ 13,417 | $ 5,068 | $ 382 | $ 5,450 | $ 18,867 |
| 2026 | 86,999 | $ 2,610 | | 13,050 | $ 1,562 | $ 28,029 | $ 5,220 | $ 803 | $ 11,473 | $ 39,502 |
| 2027 | 89,609 | $ 2,688 | | 13,441 | $ 2,447 | $ 43,917 | $ 5,377 | $ 1,269 | $ 18,118 | $ 62,035 |
| 2028 | 92,297 | $ 2,769 | $ 9,230 | 13,845 | $ 3,408 | $ 61,169 | $ 5,538 | $ 1,781 | $ 25,437 | $ 86,607 |
| 2029 | 104,296 | $ 3,129 | | 15,644 | $ 4,532 | $ 81,346 | $ 6,258 | $ 2,387 | $ 34,082 | $ 115,427 |
| 2030 | 107,425 | $ 3,223 | | 16,114 | $ 5,750 | $ 103,209 | $ 6,445 | $ 3,052 | $ 43,579 | $ 146,788 |
| 2031 | 110,647 | $ 3,319 | $ 11,065 | 16,597 | $ 7,069 | $ 126,875 | $ 6,639 | $ 3,781 | $ 53,999 | $ 180,874 |
| 2032 | 125,032 | $ 3,751 | | 18,755 | $ 8,592 | $ 154,222 | $ 7,502 | $ 4,631 | $ 66,132 | $ 220,354 |
| 2033 | 128,783 | $ 3,863 | | 19,317 | $ 10,239 | $ 183,778 | $ 7,727 | $ 5,562 | $ 79,421 | $ 263,199 |
| 2034 | 132,646 | $ 3,979 | $ 13,265 | 19,897 | $ 12,017 | $ 215,692 | $ 7,959 | $ 6,580 | $ 93,959 | $ 309,651 |
| 2035 | 149,890 | $ 4,497 | | 22,484 | $ 14,052 | $ 252,228 | $ 8,993 | $ 7,752 | $ 110,705 | $ 362,932 |
| 2036 | 154,387 | $ 4,632 | | 23,158 | $ 16,248 | $ 291,634 | $ 9,263 | $ 9,034 | $ 129,001 | $ 420,635 |
| 2037 | 159,018 | $ 4,771 | $ 15,902 | 23,853 | $ 18,614 | $ 334,100 | $ 9,541 | $ 10,432 | $ 148,975 | $ 483,075 |
| 2038 | 179,691 | $ 5,391 | | 26,954 | $ 21,302 | $ 382,356 | $ 10,781 | $ 12,030 | $ 171,786 | $ 554,142 |
| 2039 | 185,081 | $ 5,552 | | 27,762 | $ 24,197 | $ 434,315 | $ 11,105 | $ 13,772 | $ 196,662 | $ 630,977 |
| 2040 | 190,634 | $ 5,719 | $ 19,063 | 28,595 | $ 27,312 | $ 490,222 | $ 11,438 | $ 15,670 | $ 223,770 | $ 713,992 |
| 2041 | 215,416 | $ 6,462 | | 32,312 | $ 30,830 | $ 553,364 | $ 12,925 | $ 17,823 | $ 254,519 | $ 807,882 |
| 2042 | 221,879 | $ 6,656 | | 33,282 | $ 34,612 | $ 621,258 | $ 13,313 | $ 20,168 | $ 287,999 | $ 909,257 |
| 2043 | 228,535 | $ 6,856 | | 34,280 | $ 38,677 | $ 694,215 | $ 13,712 | $ 22,719 | $ 324,430 | $ 1,018,645 |
| 2044 | 235,391 | $ 7,062 | | 35,309 | $ 43,042 | $ 772,565 | $ 14,123 | $ 25,493 | $ 364,047 | $ 1,136,612 |
| 2045 | 242,453 | $ 7,274 | | 36,368 | $ 47,727 | $ 856,660 | $ 14,547 | $ 28,508 | $ 407,102 | $ 1,263,762 |
| 2046 | 249,726 | $ 7,492 | | 37,459 | $ 52,753 | $ 946,872 | $ 14,984 | $ 31,783 | $ 453,868 | $ 1,400,741 |
| 2047 | 257,218 | $ 7,717 | | 38,583 | $ 58,142 | $ 1,043,597 | $ 15,433 | $ 35,338 | $ 504,640 | $ 1,548,237 |
| 2048 | 264,935 | $ 7,948 | | 39,740 | $ 63,917 | $ 1,147,254 | $ 15,896 | $ 39,196 | $ 559,732 | $ 1,706,986 |
| 2049 | 272,883 | $ 8,186 | | 40,932 | $ 70,103 | $ 1,258,289 | $ 16,373 | $ 43,381 | $ 619,486 | $ 1,877,775 |
| 2050 | 281,069 | $ 8,432 | | 42,160 | $ 76,727 | $ 1,377,176 | $ 16,864 | $ 47,917 | $ 684,267 | $ 2,061,444 |
| 2051 | 289,501 | $ 8,685 | | 43,425 | $ 83,815 | $ 1,504,417 | $ 17,370 | $ 52,833 | $ 754,471 | $ 2,258,888 |
| 2052 | 298,186 | $ 8,946 | | 44,728 | $ 91,400 | $ 1,640,544 | $ 17,891 | $ 58,159 | $ 830,521 | $ 2,471,065 |
| 2053 | 307,132 | $ 9,214 | | 46,070 | $ 99,510 | $ 1,786,124 | $ 18,428 | $ 63,926 | $ 912,875 | $ 2,698,999 |
| 2054 | 316,346 | $ 9,490 | | 47,452 | $ 108,181 | $ 1,941,757 | $ 18,981 | $ 70,169 | $ 1,002,024 | $ 2,943,781 |

**Notes**

Salary first 4 years while in school assumes no contributions to retirement plan; Starting Salary is based on average of lowest pay $44,480 and highest $124, 450 from Publix website

Average United States of America pay increase of 3% and assumes promotions every 3 years with additional 10% pay increase (5 promotions during career)

USA retirement age is 70

15% maximum pretax annual pay contribution to retirement plan

Return on 15% is based on 30 year average S&P 100 return of 5.9%

Match assumes 6% of salary by publix

**JUN 2 9 2021**